**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JAMES MELLO *individually and on behalf of persons similarly situated,* | |
| *Plaintiff,* | Case No. 18-cv-03354 |
| *v.* | Honorable Judge Pallmeyer |
| TRANS UNION, LLC, | Magistrate Judge Kim |
| *Defendant*. | |

## PLAINTIFF'S MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, Tara L. Goodwin of Edelman, Combs, Latturner & Goodwin, LLC, ("Movant") hereby notifies the parties and the Court that attorney Francis R. Greene withdraws his appearance as counsel for Plaintiff James Mello ("Plaintiff"). Movant states as the following grounds for this motion:

1. Francis R. Greene has represented Plaintiff as part of his membership in Edelman, Combs, Latturner & Goodwin, LLC. Francis R. Greene has left the firm of Edelman, Combs, Latturner & Goodwin, LLC.

2. Francis R. Greene's withdrawal will not cause any prejudice on this case. Plaintiff continues to be actively represented by myself and other attorneys from Edelman, Combs, Latturner & Goodwin, LLC, along with attorneys from the firm of Caddell & Chapman.

WHEREFORE, for the reasons set forth in this motion, Movant respectfully requests that this Court grant the motion to withdraw Francis R. Greene's appearance as counsel for Plaintiff James Mello in the above-captioned case.

Dated: June 21, 2018　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　*/s/ Tara L. Goodwin*
　　　　　　　　　　　　　　　　　　　　　　　Tara L. Goodwin

Daniel A. Edelman
Tara L. Goodwin
EDELMAN, COMBS, LATTURNER
　　　& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com


## CERTIFICATE OF SERVICE

　　　I, Tara L. Goodwin, hereby certify that on June 21, 2018, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system which shall cause delivery and notification of such filing upon all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Tara L.Goodwin*
　　　　　　　　　　　　　　　　　　　　　　　Tara L. Goodwin


Daniel A. Edelman
Tara L. Goodwin
EDELMAN, COMBS, LATTURNER
　　　& GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
Email address for service: courtecl@edcombs.com